UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN WEBER, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) No. 4:15-CV-646-JAR |
| v. | ) ) ) |
| INTERTHINX, INC., and VERISK ANALYTICS CORPORATION, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On April 17, 2015, Plaintiff John Weber filed his Complaint and Jury Demand naming as Defendants Interthinx, Inc. ("Interthinx") and Verisk Analytics Corporation ("Verisk"). On May 11, 2015, Interthinx moved to dismiss the Complaint for failure to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. No. 9) The parties have stipulated that Weber can submit a First Amended Complaint and Jury Demand to cure the purported pleading deficiencies. (Doc. No. 18) The Court will therefore grant Weber leave to amend his complaint and deny Interthinx's motion to dismiss as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to file his First Amended Complaint. The Clerk of Court shall detach and docket Plaintiff's First Amended Complaint and Jury Demand (Doc. No. 18-1), which was filed as an attachment to the Stipulation.

**IT IS FURTHER ORDERED** that Defendant Interthinx, Inc.'s Motion to Dismiss [9] is **DENIED** as moot.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of May, 2015.