UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN WEBER, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 15-cv-00646-JAR ) |
| INTERTHINX, INC., a California corporation, | ) ) ) ) |
| and | ) ) |
| VERISK ANALYTICS CORPORATION, a Delaware corporation, | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY CASE

Plaintiff John Weber, on behalf of himself and all others similarly situated, and Defendants Interthinx, Inc. and Verisk Analytics Corporation (the "Parties"), by and through their respective attorneys, submit this Notice of Settlement and Joint Motion to Stay Case.

1. The Parties have reached a settlement of this case and a similar case pending in California state court captioned *Sager v. Interthinx, Inc.*, Case No. BC570330, Los Angeles County Superior Court.

2. The Parties are in the process of formalizing their agreement and anticipate having a signed settlement agreement by July 22, 2016. The Parties thereafter anticipate moving to combine the claims alleged in this case with those alleged in *Sager* for purposes of effecting a global settlement.

3. The Parties thus request the Court stay this case and vacate all deadlines while they formalize their settlement agreement.

4. The Parties further request the Court toll the Fair Labor Standards Act statute of limitations for putative class members while the Parties formalize their settlement.

WHEREFORE, the Parties respectfully notice their settlement and move to stay this case.

Respectfully submitted this 27th day of June, 2016.

LEWIS | KUHN | SWAN PC
*(Signed Original on File at Lewis Kuhn Swan PC)*

*/s/ Michael D. Kuhn*
Paul F. Lewis (#14183CO)
Michael D. Kuhn (#42784CO)
Andrew E. Swan (#46665CO)
620 North Tejon Street, Suite 101
Colorado Springs, CO  80903
Phone:  (719) 694-3000
plewis@lewiskuhnswan.com
mkuhn@lewiskuhnswan.com
aswan@lewiskuhnswan.com

Rowdy B. Meeks (*pro hac vice*)
ROWDY MEEKS LEGAL GROUP LLC
1601 Mission Road, Suite 100
Leawood, KS 66206
Phone:  (913) 766-5585
rowdy.meeks@rmlegalgroup.com

*Attorneys for Plaintiff*

LOEB & LOEB LLP
*(Signed Original on File at Loeb & Loeb LLP)*

*/s/ Patrick N. Downes*
Patrick N. Downes (*pro hac vice*)
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Phone:  (310) 282-2000
pdownes@loeb.com

Brian E. McGovern (#25652)
Bryan M. Kaemmerer (#52998)
McCARTHY, LEONARD, KAEMMERER
825 Maryville Center Drive, Suite 300
Town & Country, MO 63017
Phone:  (314) 392-5200
bmcgovern@mlklaw.com
bkaemmerer@mlklaw.com

*Attorneys for Defendant Interthinx, Inc.*

JACKSON LEWIS P.C.
*(Signed Original on File at Jackson Lewis P.C.)*

*/s/ Kirsten Milton*
Stephanie O. Zorn (#4700)
7733 Forsyth Boulevard, Suite 600
St. Louis, MO 63105
Phone:  (314) 827-3939
stephanie.zorn@jacksonlewis.com

Kirsten Milton (*pro hac vice*)
150 North Michigan Avenue, Suite 2500

        Chicago, IL  60601
        Phone:  (312) 787 4995
        kirsten.milton@jacksonlewis.com

        Nicky Jatana (*pro hac vice*)
        JACKSON LEWIS P.C.
        725 South Figueroa Street, Suite 2500
        Los Angeles, CA 90017
        Phone:  (213) 689-0404
        jatanan@jacksonlewis.com

        *Attorneys for Defendant Verisk Analytics, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2016, a copy of the foregoing document was electronically filed via the Court's ECF which will notify all counsel of record.

                                        */s/ Lynne R. Krause*