UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN WEBER, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 15-cv-00646-JAR |
| INTERTHINX, INC., a California corporation, | ) ) ) ) | |
| and | ) ) | |
| VERISK ANALYTICS CORPORATION, a Delaware corporation, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff John Weber, on behalf of himself and all others similarly situated, and Defendants Interthinx, Inc. and Verisk Analytics Corporation (the "Parties"), by and through their respective attorneys, submit their Joint Status Report pursuant to the Court's order dated February 21, 2017 [Dkt. 66].

1. The Parties have finalized their settlement and submitted it for approval in the case pending in California state court captioned *Sager v. Interthinx, Inc.*, Case No. BC570330, Los Angeles County Superior Court (the "*Sager* Case").

2. On January 11, 2017, the Parties attended a preliminary approval hearing in the *Sager* Case during which the Court (1) ordered the Parties to make certain minor changes to the settlement; (2) continued the preliminary hearing to February 21, 2017; and (3) set a final approval hearing for June 15, 2017.

3.  Since that time, the Court in the *Sager* Case has preliminarily approved the settlement and continued the final approval hearing to mid-August.

4.  Accordingly, this case should continue to be stayed.

WHEREFORE, the Parties respectfully request the Court continue to stay this action.

Respectfully submitted this 20th day of June, 2017.

LEWIS | KUHN | SWAN PC
*(Signed Original on File at Lewis Kuhn Swan PC)*

*/s/ Michael D. Kuhn*
Paul F. Lewis (#14183CO)
Michael D. Kuhn (#42784CO)
Andrew E. Swan (#46665CO)
620 North Tejon Street, Suite 101
Colorado Springs, CO  80903
Phone:  (719) 694-3000
plewis@lks.law
mkuhn@lks.law
aswan@lks.law

Rowdy B. Meeks (*pro hac vice*)
ROWDY MEEKS LEGAL GROUP LLC
1601 Mission Road, Suite 100
Leawood, KS 66206
Phone:  (913) 766-5585
rowdy.meeks@rmlegalgroup.com

*Attorneys for Plaintiff*

LOEB & LOEB LLP
*(Signed Original on File at Loeb & Loeb LLP)*

*/s/ Patrick N. Downes*
Patrick N. Downes (*pro hac vice*)
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Phone:  (310) 282-2000
pdownes@loeb.com

Brian E. McGovern (#25652)
Bryan M. Kaemmerer (#52998)
McCARTHY, LEONARD, KAEMMERER
825 Maryville Center Drive, Suite 300
Town & Country, MO 63017
Phone:  (314) 392-5200
bmcgovern@mlklaw.com
bkaemmerer@mlklaw.com

*Attorneys for Defendant Interthinx, Inc.*

JACKSON LEWIS P.C.
*(Signed Original on File at Jackson Lewis P.C.)*

*/s/ Nicky Jatana*
Stephanie O. Zorn (#4700)
7733 Forsyth Boulevard, Suite 600
St. Louis, MO 63105
Phone:  (314) 827-3939
stephanie.zorn@jacksonlewis.com

Kirsten Milton (*pro hac vice*)
150 North Michigan Avenue, Suite 2500
Chicago, IL  60601

Phone:  (312) 787 4995
kirsten.milton@jacksonlewis.com

Nicky Jatana (*pro hac vice*)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Phone:  (213) 689-0404
jatanan@jacksonlewis.com

*Attorneys for Defendant Verisk Analytics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2017, a copy of the foregoing document was electronically filed via the Court's ECF which will notify all counsel of record.

*/s/ Cameron L. Caldwell*