# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHN WEBER, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   No. 4:15-CV-646 JAR<br>) |
| INTERTHINX, INC., et al., | )<br>) |
| Defendants. | ) |

## ORDER

The Court is in receipt of the parties' Joint Status Report (Doc. No. 67). The parties advise that their settlement has been preliminarily approved in the case pending in Los Angeles County Superior Court, Sager v. Interthinx, Inc., No. BC570330, and that the final approval hearing is scheduled for mid-August, 2017. Accordingly, the parties request the Court continue to stay this matter. The Court hereby **GRANTS** the parties' request. It is **FURTHER ORDERED** that the parties shall file a status report on the case with the Court within ten (10) days of the final approval hearing, and **no later than Monday, August 28, 2017.**

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 20th day of June, 2017.